45169. WATKINS PRODUCTS, INC. v. STEPHENS et al.

PANNELL, Judge. All the enumerations of error in the present case require a consideration of the evidence. No transcript of the proceedings containing the evidence was brought up with the appeal, and it affirmatively appears from the record that there is no transcript of any sort. Accordingly, the judgment of the trial court must be affirmed. *Delta Corp. of America v. Aiken*, 224 Ga. 241 (161 SE2d 293).

*Judgment affirmed. Jordan, P. J., and Eberhardt, J., concur.*

ARGUED APRIL 7, 1970—DECIDED APRIL 14, 1970.

*Wall & Campbell, Thomas R. Campbell, Jr., John H. Howkins,* for appellant.
*George P. Dillard, G. Douglas Dillard,* for appellees.